STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
10-694 c/w 10-693

STATE OF LOUISIANA

VERSUS

JONATHAN EDWARD BOYER

**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 11337-07
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

**J. DAVID PAINTER**
**JUDGE**

**********
Court composed of Oswald A. Decuir, Marc T. Amy, and J. David Painter, Judges.

**AFFIRMED.**

John F. Derosier
District Attorney
Cynthia S. Killingsworth
First Assistant District Attorney
Carla S. Sigler
Assistant District Attorney
1020  Ryan St.
Lake Charles,  La  70601
Counsel for Appellee:
        State of Louisiana

Richard Bourke
636 Baronne St.
New Orleans, LA 70113
Counsel for Defendant/Appellant:
        Jonathan Edward Boyer

**PAINTER, Judge**.

For the reasons set out in the companion case hereto, State v. Boyer, 10-693 (La.App. 3 Cir. __/__/11), ___ So.3d. ___, Defendant's convictions and sentences are affirmed.

1